**Order filed, June 6, 2019.**



In The

# Court of Appeals
### For The
## First District of Texas
_____

### NO. 01-19-00194-CV

### CAMILLA HRDY, CATHERINE HRDY, NICHOLAS HRDY, WIRT BLAFFER, KATHERINE TAYLOR AND CHRISTIE TAYLOR, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF FREEPORT WATERFRONT PROPERTIES, L.P., Appellant

### V.

### SECOND STREET PROPERTIES LLC, Appellee

---

### On Appeal from the 189th District Court
### Harris County, Texas
### Trial Court Case   2017-07497

---

### ORDER

The reporter's record in this case was due April 30, 2019. *See* Tex. R. App. P. 35.1. On May 3, 2019, this court granted in part Amanda King's motion for extension of time to file the record to June 3, 2019. To date, Amanda King has not filed the record

with the court.  Because the Amanda King has not timely filed her portion reporter's record, we issue the following order.

We order Amanda King, the official court reporter, to file the record in this appeal, **on or before June 17, 2019**.

No further extension will be entertained absent exceptional circumstances.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  See Tex. R. App. P. 35.3(c).  If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.  Appellants' brief is  due within 30 days after the filing of this record.


PER CURIAM